■ IN THE MATTER OF MORRIS J. HOWARD, APPELLANT, v JACK CZARNETSKY, as Superintendent of Eastern New York Correctional Facility, et al. Respondents.—Appeal from a judgment of the Supreme Court at Special Term, entered March 22, 1978, which dismissed petitioners' application seeking declaratory and injunctive relief against the enforcement of sections 79 and 79-a of the Civil Rights Law on the ground that such laws violate the Fifth, Eighth and Fourteenth Amendments to the United States Constitution. Judgment affirmed, without costs. No opinion. Mahoney, P. J., Sweeney, Kane, Staley, Jr. and Herlihy, JJ., concur.